THE STATE v. JESSIE DAVIDSON AND ANOTHER.

An indictment for theft purported to have been found in February, 1870, and charged the theft to have been committed in November, 1870. The district attorney suggested that by clerical error the indictment misstated the term of the court at which it was found, which was in truth the February term, 1871, and therefore asked leave to amend the

indictment accordingly. The court refused leave to amend, and quashed the indictment. *Held,* that the error was not in matter of form, but of substance, and therefore not amendable.

APPEAL from Goliad. Tried below before the Hon. Daniel D. Claiborne.

There is no occasion for a statement of the facts.

*William Alexander, Attorney-General,* for the State.

*W. L. Davidson,* for appellee.

OGDEN, J. There is no error in the judgment of the District Court in quashing the indictment. The defendants are charged with the commission of an offense some ten months after the indictment was found. This may have been a clerical error in drawing the indictment, but the error, if such, occurred in the material portion of the charge, and is therefore fatal to the indictment, which could not have been amended in that particular.

The judgment of the District Court is affirmed.

Affirmed.